Theodore O. Rogers, Jr. (TR-5279)
William L. Farris (WF-4765)
Darrell S. Cafasso (DC-7123)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Barclays Capital Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

In re:

LEHMAN BROTHERS HOLDINGS INC.,

                Debtor.

Chapter 11
Case No. 08-13555 (JMP)

------------------------------------------------------- x

MAXIMILIAN CORETH,

                Plaintiff,

      v.

BARCLAYS CAPITAL INC.,

                Defendant.

Adv. Pro. No. 09-01045 (JMP)

------------------------------------------------------- x

## CORPORATE OWNERSHIP STATEMENT

        Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7007.1-1, Barclays Capital Inc., by and through its undersigned counsel, identifies Barclays PLC, Barclays Bank PLC and Barclays Group US Inc. as corporations that directly or indirectly own 10% or more of any class of Barclays Capital Inc.'s equity interests.

Dated: March 19, 2009
      New York, New York

/s/ Theodore O. Rogers, Jr.
Theodore O. Rogers, Jr. (TR-5279)
William L. Farris (WF-4765)
Darrell S. Cafasso (DC-7123)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Attorneys for Barclays Capital Inc.*